# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finnegan, Sheila M. | District Court - Northern District of Illinois | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Adjunct professor | Northwestern University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 04/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Northwestern Law School | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 04/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Everbank Checking (now TIAA) | A | Interest | J | T | | | | | |
| 2.   U.S. Employee Credit Union (Checking and Saving) | A | Interest | J | T | | | | | |
| 3.   Inconix Brand | | None | | | Expired | 03/14/19 | J | A | |
| 4.   Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 5.   -Fidelity Municipal Money Mkt | A | Interest | K | T | Sold (part) | 01/15/19 | L | | |
| 6.   | | | | | Sold (part) | 06/06/19 | K | | |
| 7.   -Merck & Co | A | Dividend | J | T | | | | | |
| 8.   -VEU (Vanguard Intl Equity Index Fd FTSE All World Ex US) | B | Int./Div. | L | T | | | | | |
| 9.   -VTI (Vanguard Total Stk Mkt ETF) | D | Int./Div. | O | T | | | | | |
| 10.   -VWITX (Vanguard Interm Term Tax Exempt Inv) | A | Int./Div. | L | T | | | | | |
| 11.   -FNSXX (Fid MMkt Institutional Class) | D | Interest | N | T | Buy | 01/15/19 | L | | |
| 12.   | | | | | Buy (add'l) | 06/06/19 | K | | |
| 13.   -VXUS (Vanguard Star FD Total Intl Stock Index Fd) | D | Int./Div. | N | T | | | | | |
| 14.   -FSMAX (Fid Extended Mkt Index Fund) | A | Int./Div. | K | T | | | | | |
| 15.   -AGG (iShare Core U.S. Aggregate Bond ETF) | D | Int./Div. | N | T | | | | | |
| 16.   -Arizona St. Transit Brd Hwy Rev. Bds Ser | A | Interest | K | T | | | | | |
| 17.   -Collin Cnty Tex Ultd Tax Rd and Ref Bds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Honolulu Hawaii City & Cnty Wastewtr Sys | A | Interest | | | Redeemed | 11/06/19 | K | | |
| 19. | -Elk Grove Village GO Bds Ser | A | Interest | K | T | | | | | |
| 20. | -Naperville ILL GO Ref BDS Ser | A | Interest | K | T | | | | | \ |
| 21. | -Ohio State Infrastr Impt GO Rev | A | Interest | L | T | | | | | |
| 22. | -Ohio St Univ Gen Rcpts | B | Interest | L | T | | | | | |
| 23. | -Orange Cnty Fla Sales Tax Rev | B | Interest | L | T | | | | | |
| 24. | -Redmond Wash Ref Bds Ser | A | Interest | | | Redeemed | 12/02/19 | K | | |
| 25. | -Temple Ariz GO Bds Ser | A | Interest | K | T | | | | | |
| 26. | -Texas St Univ Sys Fing Rev | A | Interest | | | Redeemed | 03/15/19 | K | | |
| 27. | -Winnebago Cnty Ill Go Alt Ref BDS | A | Interest | K | T | | | | | |
| 28. | Rollover IRA (Fid-868) | | | | | | | | | |
| 29. | -FDRXX (Fidelity Govt Cash Reserves) | A | Interest | J | T | | | | | |
| 30. | Rollover IRA SF 2 (Fid Multiple Roth) | | | | | | | | | |
| 31. | --TIP (Ishares Tips Bond ETF) | B | Dividend | M | T | | | | | |
| 32. | -VXUS (Vanguard Star FD Total Intl Stock Index ETF) | C | Dividend | M | T | | | | | |
| 33. | -AGG (Ishares Core US Aggregate Bond ETF) | B | Dividend | M | T | | | | | |
| 34. | -VTI (Vanguard Total Stock Mkt ETF) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IRA Rollover Acct KS (Fidelity) | | | | | | | | | |
| 36. -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | A | Dividend | K | T | | | | | |
| 37. -AGG (iShare Core US Aggregate Bond ETF) | C | Dividend | M | T | | | | | |
| 38. Roth IRA Accts KS (Fidelity) | | | | | | | | | |
| 39. -FDRXX (Fidelity Cash Reserves) | A | Dividend | K | T | | | | | |
| 40. -SPHIX (Fidelity High Income) | A | Dividend | J | T | | | | | |
| 41. -AGG (Ishares Core U.S. Aggregate Bond ETF) | C | Dividend | L | T | | | | | |
| 42. Roth IRA SF 1 (Fidelity) | | | | | | | | | |
| 43. -FDRXSX (Fidelity cash reserves) | A | Dividend | J | T | | | | | |
| 44. -Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 45. Health Savings Acct IRA | | | | | | | | | |
| 46. -VXUS (Vanguard Total Intl ETF) | A | Int./Div. | K | T | | | | | |
| 47. -VTI (Vanguard Total Stock Mkt ETF) | B | Int./Div. | L | T | | | | | |
| 48. -Federated Prime Cash Trust | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. College Invest Stable Value Plus (MetLife) 529 Plan for DS and now JS | A | Int./Div. | | | Distributed (part) | 07/23/19 | J | | |
| 51. | | | | | Distributed | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Illinois Bright Start 529 for MS (Index Age3 Based 12-14 Yrs) | A | Int./Div. | K | T | | | | | |
| 53. Illinois Bright Start for MS (Index Equity) | A | Int./Div. | K | T | | | | | |
| 54. Fidelity 529 Plan MS (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 55. College Invest Stable Value Plan (MetLife) 529 Plan for MS | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finnegan, Sheila M.** | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Iconix (line 5 in this report) is shown as "expired". I effectively abandoned this asset after being informed of a reverse stock split and cumbersome process to surrender the certificate representing the shares and receive a new certufuate. Given the minimal value of the new stock (est $100), I let the time lapse and opted not to send in the forms to obtain a stock certificate. Based on this I have abandoned the asset.

2) Assets of "MS" on the 2018 report (lines 70 to 75) are omitted since the owner was no longer a dependent in 2019..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544